Rev. 11/82     O.9.

# CRIMINAL COMPLAINT

C&W No: 13- 036

# United States District Court

**DISTRICT**

EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA V. SEAN MURPHY | DOCKET NO. |
|---|---|
| | **MAGISTRATE'S CASE NO.** 13-357 |

Complaint for violation of Title   18   United States Code §   1073

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE | LOCATION |
|---|---|---|
| HONORABLE JACOB P HART | UNITED STATES MAGISTRATE JUDGE | PHILADELPHIA, PA |

| DATE OF OFFENSE | PLACE OF OFFENSE | ADDRESS OF ACCUSED (If known) |
|---|---|---|
| 03/22/2013 | PHILADELPHIA, PA | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

ON OR ABOUT 03/20/2013, DEFENDANT SEAN MURPHY DID UNLAWFULLY TRAVEL IN INTERSTATE COMMERCE FROM PHILADELPHIA, PENNSYLVANIA, IN THE EASTERN DISTRICT OF PENNSYLVANIA TO THE STATE OF NEW JERSEY, TO AVOID PROSECUTION FOR RAPE, WHICH CRIME IS A FELONY UNDER THE LAWS OF THE COMMONWEALTH OF PENNSYLVANIA IN VIOLATION OF TITLE 18 UNITED STATES CODE SECTION 1073.

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**

SEE ATTACHED

**MATERIAL WITNESSES IN RELATION TO THIS CHARGE:**

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title) DAVID F CARTER |
|---|---|
| | **OFFICIAL TITLE** SPECIAL AGENT - FBI |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE(1) HONORABLE JACOB P HART | DATE 03/22/2013 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

1.      On March 5, 2013, the Philadelphia Police Department, Special Victims Unit, Philadelphia, Pennsylvania ("PA") initiated an investigation regarding a female victim held captive in a room for a period of time. The victim said she was locked in a second floor bedroom of a home where she was repeatedly forced to engage in sexual acts with approximately 20 different men. The victim was under constant supervision at all hours of the day by two different males, nicknamed "Butch" and "Giovanni."

2.      Investigation by detectives from the Special Victims Unit, Philadelphia Police Department identified Sean Murphy ("Murphy") as the male known as Butch. As a result, Philadelphia Police obtained an arrest warrant in the Commonwealth of Pennsylvania for Murphy charging him with aggravated assault, false imprisonment, and rape violations. Murphy's home address listed on the warrant is 58 E 130th Street, Apartment 4A, New York, New York. See attached arrest warrant.

3.      The Philadelphia Police Department made several attempts to locate Murphy at his prior known family addresses, but were unsuccessful. Law enforcement made contact with members of Murphy's immediate family who were advised Murphy is currently wanted for rape.

4.      In conjunction with a on-going gang investigation, the FBI Newark Division, observed all three of Murphy's known vehicles parked outside of 2710 7th Avenue, Hammonton, New Jersey. Murphy's vehicles were observed at this residence on March 20, 2013.

5.      Due to the above facts, your affiant believes Sean Murphy has fled the Eastern District of Pennsylvania, in violation of Title 18 United States Code Section 1073.

David E. Carter
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 22 day of March, 2013

Jacob P. Hart
United States Magistrate Judge